MHN

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
CHRIS MACHELI

**DEFENDANTS**
City of Berwyn et al

**(b) County of Residence of First Listed Plaintiff** COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Stephen J. McMullen
212 W. Washington – 909
Chicago, IL 60606

**Attorneys (If Known)**

FILED
APR 11 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV 2065
JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**TORTS — PERSONAL INJURY**
☒ 360 Other Personal Inj.

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☒ Original Proceeding

## VI. CAUSE OF ACTION
1983 – False Arrest

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ 5,000,000
JURY DEMAND: ☒ Yes ☐ No

## IX. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 4/11/2008
SIGNATURE OF ATTORNEY OF RECORD [signature]