MHW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted ' by Local Rules 83.12 through 83.14.

In the Matter of

08CV 2065
JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER

Christopher Machew
v.
City of Berwyn

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Christopher Machew

FILED
APR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE | Stephen M. Mullen  4-11-2008 |
| --- | --- |
| FIRM | Stephen J. McGuckin |
| STREET ADDRESS | 312 W. Washington - Suite 909 |
| CITY/STATE/ZIP | Chicago, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 186,263 | TELEPHONE NUMBER 312-357-0513 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |