IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MACHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 2065 |
| | ) | |
| THE CITY OF BERWYN, a | ) | |
| Municipal Corporation, SERGEANT | ) | Judge Manning |
| CONERVOY and OFFICER ROBERT | ) | |
| ARNONY | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION OF CITY OF BERWYN TO ENLARGE TIME FOR THE FILING OF RESPONSIVE PLEADINGS

The Defendant, CITY OF BERWYN, comes before this Honorable Court by its attorneys, ODELSON & STERK, LTD. and respectfully requests that this Court enter an order enlarging the time for all defendants to file responsive pleadings the time to answer or otherwise plead be enlarged. In support, the Defendant states as follows:

1. The plaintiff's complaint was filed on April 11, 2008.

2. City of Berwyn was served with summons on April 16, 2008.

3. The City of Berwyn requires an additional 30 days to investigate the facts alleged in the plaintiff's complaint.

4. Counsel for the plaintiff has courteously agreed and does not oppose this motion.

5. Additionally, the individual defendants will be separately represented and will file appearances within the following seven (7) days.

WHEREFORE, the Defendant, City of Berwyn prays that the Court enter an order enlarging the time for all defendants to file responsive pleadings up to and including June 4, 2008.

Respectfully submitted,

CITY OF BERWYN

s/Robert Wilder
One Its Attorneys

Robert Wilder
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678
Atty No. 6244917