## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 2065 |
| CHRISTOPHER MACHEN | Judge Manning |
| v. | Magistrate Judge Schenkier |
| THE CITY OF BERWYN, a Municipal Corporation, SERGEANT CONERVOY and OFFICER ROBERT ARNONY | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT ARNONY

| |
|---|
| NAME (Type or print)<br>Michael J. Wall |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael J. Wall |
| FIRM  Rothschild, Barry & Myers LLP |
| STREET ADDRESS  55 West Monroe, Suite 3900 |
| CITY/STATE/ZIP  Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2924773 | TELEPHONE NUMBER<br>312/372-2345 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |