THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MACHEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE CITY OF BERWYN, et al., )<br>)<br>Defendants. ) | Case No. 08 CV 2065 |

### RE-NOTICE OF MOTION

To:   Stephen J. McMullen
      212 W. Washington, Suite 909
      Chicago, Illinois 60606

   PLEASE TAKE NOTICE that on **May 15, 2008**, at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Manning or any judge sitting in her stead, in Room 2125 of the United States District Court, Northern District of Illinois, Eastern Division and then and there shall present the attached **Unopposed Motion of City of Berwyn to Enlarge Time for the Filing of Responsive Pleadings**, a copy of which is attached hereto.

                                              *S/Robert Wilder*
                                              _____

### PROOF OF SERVICE

   I, Robert Wilder, state that on May 8, 2008, I caused a copy of the foregoing **Re-Notice of Motion and Unopposed Motion of City of Berwyn to Enlarge Time for the Filing of Responsive Pleadings** to be served on the above-mentioned party by e-filing and U.S. mail this motion with the United States District Court, Northern District, Eastern Division.

                                              *S/Robert Wilder*
                                              _____

**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678