# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of　　　　　　　　　　　　　　　　　　　Case Number: 08 CV 2065

CHRISTOPHER MACHEN, Plaintiff
v.
THE CITY OF BERWYN, a municipal corporation,
SGT. CONOBOY and OFFICER ROBERT ARNONY,
Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SGT. CONOBOY

| Field | Value |
|---|---|
| NAME (Type or print) | Kelly M. Kachmarik |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Kelly M. Kachmarik |
| FIRM | JAMES J. ROCHE & ASSOCIATES |
| STREET ADDRESS | 642 North Dearborn Street |
| CITY/STATE/ZIP | Chicago, IL 60610 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6275425 |
| TELEPHONE NUMBER | 312-335-0044 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐ |