IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MACHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 2065 |
| | ) | |
| THE CITY OF BERWYN, a | ) | |
| Municipal Corporation, SERGEANT | ) | Judge Manning |
| CONERVOY and OFFICER ROBERT | ) | |
| ARNONY | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, CITY OF BERWYN'S MOTION FOR LEAVE TO FILE ANSWER TO PLAINTIFF'S COMPLAINT,*INSTANTER***

The Defendant, City of Berwyn, by and through its attorneys, Odelson & Sterk, Ltd., moves this Honorable Court for leave to file its answer to the plaintiff's complaint, *instanter*.

Respectfully submitted,

The City of Berwyn

By:   s/Robert Wilder
      One of its attorneys

Robert Wilder
Mark H. Sterk
**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678