THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MACHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 2065 |
| | ) | |
| THE CITY OF BERWYN, a | ) | |
| Municipal Corporation, SERGEANT | ) | Judge Manning |
| CONERVOY and OFFICER ROBERT | ) | |
| ARNONY | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All Counsel of Record
      (See attached Service List)

PLEASE TAKE NOTICE that on **July 1, 2008**, at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Manning or any judge sitting in her stead, in Room 2125 of the United States District Court, Northern District of Illinois, Eastern Division and then and there shall present the attached **Defendant, City of Berwyn's Motion for Leave to File Answer to Plaintiff's Complaint,** *Instanter*, a copy of which is attached hereto.

*S/Robert Wilder*
_____

## PROOF OF SERVICE

I, Robert Wilder, state that on June 24, 2008, I caused a copy of the foregoing **Defendant, City of Berwyn's Motion for Leave to File Answer to Plaintiff's Complaint,** *Instanter*, to be served on the above-mentioned party by e-filing and U.S. mail this motion with the United States District Court, Northern District, Eastern Division.

*S/Robert Wilder*
_____

**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678

## SERVICE LIST

Stephen J. McMullen
212 W. Washington
Suite 909
Chicago, Illinois 60606
(312)357-0513

Kelly Kathleen Kachmarik
James J. Roche & Associates
642 North Dearborn
Chicago, IL 60610

Alan S. Madans
Rothschild, Barry & Myers, P.C.
55 West Monroe Street
Xerox Centre, Suite 3900
Chicago, IL 60603-5012