THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MACHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 2065 |
| | ) | |
| THE CITY OF BERWYN, a | ) | |
| Municipal Corporation, SERGEANT | ) | Judge Manning |
| CONERVOY and OFFICER ROBERT | ) | |
| ARNONY | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   All Counsel of Record
      (See attached Service List)

   Please take notice that on June 24, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois the attached City of Berwyn's Answer to Complaint, a copy of which is attached hereto.

                                                              *s:/Robert Wilder*


ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678


## CERTIFICATE OF SERVICE

   The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants mentioned on the attached Service List on this 24th day of June, 2008.

                                                              *s:/Robert Wilder*

## SERVICE LIST

Stephen J. McMullen
212 W. Washington
Suite 909
Chicago, Illinois 60606
(312)357-0513

Kelly Kathleen Kachmarik
James J. Roche & Associates
642 North Dearborn
Chicago, IL 60610

Alan S. Madans
Rothschild, Barry & Myers, P.C.
55 West Monroe Street
Xerox Centre, Suite 3900
Chicago, IL 60603-5012