UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MACHEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 2065 |
| ) | |
| v. ) | Judge Manning |
| ) | Magistrate Judge Schenkier |
| THE CITY OF BERWIN, A Municipal ) | |
| Corporation, SERGEANT CONERVOY and ) | |
| OFFICER ROBERT ARNONY ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT *INSTANTER*

Defendant, SERGEANT CONOBOY, by his attorneys JAMES J. ROCHE & ASSOCIATES moves for leave to file his answer and affirmative defenses to the complaint *instanter* and in support states:

1. Appearances were recently filed for Defendant Sergeant Conoboy.

2. The answer of Sergeant Conoboy was drafted and prepared immediately upon the filing of appearances on his behalf.

WHEREFORE, Sergeant Conoboy prays this Honorable Court grant him leave to file his answer and affirmative defenses to the complaint *instanter*.

Sergeant Conoboy,

By:    /s  Kelly Kathleen Kachmarik
          One of His Attorneys

Kelly Kathleen Kachmarik  (#6275425)
James J. Roche & Associates
642 North Dearborn Street
Chicago, IL 60610
312-335-0044