UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MACHEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 2065 |
| ) | |
| v. ) | Judge Manning |
| ) | Magistrate Judge Schenkier |
| THE CITY OF BERWIN, A Municipal ) | |
| Corporation, SERGEANT CONERVOY and ) | |
| OFFICER ROBERT ARNONY ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF PRESENTMENT OF MOTION

PLEASE TAKE NOTICE that Defendants will present a motion for Extension of Time to File Answer for individual defendants on Tuesday, July 1, 2008 at 11:00 a.m. before Honorable Judge Manning at the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,


  /S/ Kelly Maloney Kachmarik
Kelly Maloney Kachmarik #6275425
JAMES J. ROCHE & ASSOCIATES
Attorneys for Defendant Conoboy
642 North Dearborn Street
Chicago, IL 60610
312-335-0044    Fax: 312-335-9009
Kmkachmarik@jjroche.net

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 25,** 2008, I filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the noticed CM/ECF participants.

/S/ Kelly Maloney Kachmarik
Kelly Maloney Kachmarik
Attorney No.6275425
Attorney for Defendant Conoboy
James J. Roche & Associates
642 North Dearborn
Chicago, Illinois 60610
312-335-0044
312-335-9009 (fax)
Kmkachmarik@jjroche.net