UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MACHEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 2065 |
| ) | |
| v. ) | Judge Manning |
| ) | Magistrate Judge Schenkier |
| THE CITY OF BERWIN, A Municipal ) | |
| Corporation, SERGEANT CONERVOY and ) | |
| OFFICER ROBERT ARNONY ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **June 25, 2008**, Defendant Conoboy filed his *Answer to Complaint* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the noticed CM/ECF participants.

              Respectfully submitted,

              /s/ Kelly Maloney Kachmarik
              Kelly Maloney Kachmarik

KELLY KACHMARIK - Attorney I.D. No. 6275425
JAMES J. ROCHE & ASSOCIATES
Attorney for Defendant Conoboy
642 North Dearborn Street
Chicago, IL 60610
312-335-0044 / FAX: 312/335-9009

Z:\office files\KMK\BERWYN\MACHEN\Notice of Filing Answer to Complaint.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 25, 2008**, I filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the noticed CM/ECF participants.

/S/ Kelly Maloney Kachmarik
Kelly Maloney Kachmarik
Attorney No.  6275425
Attorney for Defendant Conoboy
James J. Roche & Associates
642 North Dearborn
Chicago, Illinois 60610
312-335-0044
312-335-9009 (fax)
Kmkachmarik@jjroche.net