UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MACHEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2065 |
| v. | ) | |
| | ) | Judge Manning |
| THE CITY OF BERWYN, A Municipal | ) | Magistrate Judge Schenkier |
| Corporation, SERGEANT CONERVOY and | ) | |
| OFFICER ROBERT ARNONY | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE ANSWER
AND AFFIRMATIVE DEFENSES TO COMPLAINT *INSTANTER***

Defendant Robert Arnony, by his attorney Michael J. Wall of Rothschild, Barry & Myers LLP moves for leave to file his answer and affirmative defenses to the complaint *instanter* and in support states:

1.      By agreement with plaintiff's counsel, appearances were filed for defendant Robert Arnony on May 6, 2008 before summons was served upon Mr. Arnony.

2.      By further agreement with plaintiff's counsel, the answer of Mr. Arnony was delayed while the parties exchanged information and discussed settlement.

WHEREFORE, Robert Arnony prays that this Honorable Court grant him leave to file his answer and affirmative defenses to the complaint *instanter*.

ROBERT ARNONY,

By:      /s  Michael J. Wall_____
One of His Attorneys

Michael J. Wall (#2924773)
Alan S. Madans (#6186951)
Robin K. Powers (#62211030)
Rothschild, Barry & Myers LLP
55 West Monroe, Suite 3900
Chicago, IL 60603
312/372-2345