UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MACHEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 2065 |
| v. ) | |
| ) | Judge Manning |
| THE CITY OF BERWYN, A Municipal ) | Magistrate Judge Schenkier |
| Corporation, SERGEANT CONERVOY and ) | |
| OFFICER ROBERT ARNONY ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that July 1, 2008 at 11:00 a.m., we shall appear before Judge Blanche M. Manning in Courtroom 2125 or the Courtroom usually occupied by her at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois 60604, and shall then and there present Motion for Leave to File Answer and Affirmative Defenses to Complaint *Instanter*, a copy of which is attached hereto.

          ROBERT ARNONY,


          By:   /s   Michael J. Wall
                One of His Attorneys

Michael J. Wall (#2924773)
Alan S. Madans (#6186951)
Robin K. Powers (#62211030)
Rothschild, Barry & Myers LLP
55 West Monroe, Suite 3900
Chicago, IL 60603
312/372-2345

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, I caused the attached **Notice of Motion and Motion For Leave to File Answer**, to be filed electronically with the Clerk of the Court through ECF and served electronically through ECF upon:

Richard F. Bruen, Jr.
rbruen@odelsonsterk.com

Mark H. Sterk
msterk@odelsonsterk.com

Robert R. Wilder
rwilder@odelsonsterk.com

James J. Roche
jroche@jjroche.net

Kelly Kathleen Kachmarik
kmkachmarik@jjroche.net

I further certify that I caused a copy of the foregoing document(s) to be mailed via United States Mail, proper postage prepaid, to the following non-ECF participant:

Stephen Jay McMullen
212 W. Washington Street, Suite 909
Chicago, IL 60606

                                                                           s/ Michael J. Wall
                                                                              Michael J. Wall