**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Christopher Machen
                  Plaintiff,

v.                                            Case No.: 1:08−cv−02065
                                            Honorable Blanche M. Manning

City of Berwyn, The, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Defendants' motions for leave to file answer, instanter[23], for leave to file answer and affirmative defenses, instanter [27][31] are granted. Status hearing set for 7/1/2008 is reset to 8/28/2008 at 11:00 AM. The court notes that in the future, all requests for extensions or for leave to file instanter must contain support for the requested relief, and should not merely request the relief.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.