UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MACHEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2065 |
| v. | ) | |
| | ) | Judge Manning |
| THE CITY OF BERWYN, A Municipal | ) | Magistrate Judge Schenkier |
| Corporation, SERGEANT CONERVOY and | ) | |
| OFFICER ROBERT ARNONY | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   All Persons Listed on the Attached Certificate of Service

   **PLEASE TAKE NOTICE** that we have this day filed with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, Answer and Affirmative Defenses of Robert Arnony, a copy of which is attached hereto.

Dated: July 1, 2008

                                                     ROBERT ARNONY,


                                         By:   /s   Michael J. Wall
                                                     One of His Attorneys

Michael J. Wall (#2924773)
Alan S. Madans (#6186951)
Robin K. Powers (#62211030)
Rothschild, Barry & Myers LLP
55 West Monroe, Suite 3900
Chicago, IL 60603
312/372-2345

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2008, I caused the attached **Notice of Filing and Answer and Affirmative Defenses of Robert Arnony**, to be filed electronically with the Clerk of the Court through ECF and served electronically through ECF upon:

Richard F. Bruen, Jr.
rbruen@odelsonsterk.com

Mark H. Sterk
msterk@odelsonsterk.com

Robert R. Wilder
rwilder@odelsonsterk.com

James J. Roche
jroche@jjroche.net

Kelly Kathleen Kachmarik
kmkachmarik@jjroche.net

I further certify that I caused a copy of the foregoing document(s) to be mailed via United States Mail, proper postage prepaid, to the following non-ECF participant:

Stephen Jay McMullen
212 W. Washington Street, Suite 909
Chicago, IL 60606

                                              s/ Michael J. Wall
                                                 Michael J. Wall