# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2065 | **DATE** | 7/11/2008 |
| **CASE TITLE** | Christopher Machen vs. The City of Berwyn, et al | | |

**DOCKET ENTRY TEXT**

Initial status hearing set for 7/28/08 at 9:30 a.m. in Courtroom 1342. The parties are directed to review the Order Setting Initial Status Report for Cases Assigned to Judge Cox, which is available in chambers or through Judge Cox's web page at www.ilnd.uscourts.gov. The parties are to file an initial status report by 7/25/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|