## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Christopher Machen

                    Plaintiff,

v.                                                    Case No.: 1:08–cv–02065
                                                      Honorable Blanche M. Manning

City of Berwyn, The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

     MINUTE entry before the Honorable Susan E. Cox: The Court was advised that the parties need to take a deposition and are in settlement negotiations. Status hearing set for 7/28/08 at 9:30 a.m. is stricken. Status hearing set for 8/27/08 at 9:30 a.m. The deadline for submission of an initial status report is extended to 7/31/08. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.