UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Christopher Machen
                         Plaintiff,

v.                                          Case No.: 1:08−cv−02065
                                                                               Honorable Blanche M. Manning

City of Berwyn, The, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Defendant's counsel contacted the Court by telephone. The Court was advised that the parties have reached a settlement and intend to file a stipulation for dismissal. Status hearing set for 8/27/08 at 9:30 a.m. is stricken. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to Honorable Susan E. Cox. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.