UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MACHEN, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08 CV 2065 |
| ) | |
| THE CITY OF BERWYN, A Municipal Corporation, ) | Judge Manning |
| SERGEANT CONOBOY [sic] and OFFICER ) | Magistrate Judge Cox |
| ROBERT ARNONY ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

Plaintiff and Defendants, by their attorneys, hereby stipulate to the dismissal of this action, all matters in controversy between the parties having been settled, all parties to bear their own attorneys' fees and costs.

CHRISTOPHER MACHEN

By:  /s  Stephen J. McMullen
One of His Attorneys

CITY OF BERWYN

By:  /s  Robert Wilder
One of its Attorneys
Odelson & Sterk, Ltd.

SERGEANT GERALD CONERVOY

By:  /s  James J. Roche
One of His Attorneys
James J. Roche & Associates

OFFICER ROBERT ARNONY
By:  /s  Michael J. Wall
One of His Attorneys

Michael J. Wall (#2924773)
Alan S. Madans (#6186951)
Robin K. Powers (#62211030)
Rothschild, Barry & Myers LLP
55 West Monroe, Suite 3900
Chicago, IL 60603
312/372-2345

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I caused the attached **Stipulation to Dismiss**, to be filed electronically with the Clerk of the Court through ECF and served electronically through ECF upon:

Richard F. Bruen, Jr.
rbruen@odelsonsterk.com

Mark H. Sterk
msterk@odelsonsterk.com

Robert R. Wilder
rwilder@odelsonsterk.com

James J. Roche
jroche@jjroche.net

Kelly Kathleen Kachmarik
kmkachmarik@jjroche.net

I further certify that I caused a copy of the foregoing document(s) to be mailed via United States Mail, proper postage prepaid, to the following non-ECF participant:

Stephen Jay McMullen
212 W. Washington Street, Suite 909
Chicago, IL 60606

                                                          s/ Michael J. Wall
                                                            Michael J. Wall