# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2065 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Christopher Machen vs. The City of Berwyn, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties Stipulation to Dismiss, this case is settled, therefore, it is hereby dismissed with prejudice, all parties to bear their own attorneys' fees and costs. Status hearing set for 8/27/2008 is stricken. Terminating case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|